UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Ikechi Kallys Albert,

   Plaintiff,          Civil No. 04-1014 (RHK/JSM)

vs.              **ORDER**

Kari Lee, et al.,

   Defendants.

---

  1. By Motion dated July 25, 2005 (Doc. No. 93) Plaintiff seeks to remove Magistrate Judge Janie S. Mayeron because of "bias, passion and prejudice, hate and incompetence, etc." The undersigned concludes that Plaintiff has presented no factual basis to justify Judge Mayeron's removal and his allegations border on the frivolous; accordingly, the Motion to Remove Judge Mayeron (Doc. No. 93) is **DENIED.**

  2. Plaintiff's July 25, 2005 Motion also seeks various orders from the Court (Doc. No. 93); these requests are **REFERRED** to Magistrate Judge Mayeron for recommended disposition.

  3. This matter is **STRICKEN** from the Court's November 2005 trial calendar and will be reinstated after the pending dispositive motions have been resolved; the September 1, 2005 Order (Doc. No. 102) establishing the date for submission of trial materials is **VACATED**.

Dated: September 7, 2005

                 s/Richard H. Kyle
                 RICHARD H. KYLE
                 United States District Judge